CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2011 FEB -8 AM 10: 13
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EARL DANIEL COOPER, | § | |
| Petitioner, | § | |
| v. | § | 2:09-CV-141 |
| RICK THALER, Director, Texas Dep't of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On October 19, 2010, the Court, upon the Report and Recommendation of the United States Magistrate Judge, issued an order denying the first and second grounds presented in the habeas corpus petition. On January 20, 2011, the Magistrate Judge issued a Supplemental Report and Recommendation, recommending therein the remaining grounds presented in the habeas corpus petition (grounds three and four) be denied. Petitioner filed objections to the Supplemental Report and Recommendation on February 3, 2011.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Supplemental Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Supplemental Report and Recommendation is hereby ADOPTED. Accordingly, the remaining grounds of error presented in the petition for a writ of habeas corpus are DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2011.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE